U.S. Department of Justice



United States Attorney
Southern District of New York

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

February 29, 2008

BY FACSIMILE   **MEMO ENDORSED**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

3/3/2008
Time rescheduled to
March 28, 2007.
[illegible handwritten notation]

Re:   United States v. Robert Lim, et al., 08 Cr. 65 (CM)

Dear Judge McMahon:

Prior to the reassignment of the above matter to your Honor, a pretrial conference had been scheduled for March 5, 2008 before Magistrate Judge Mark D. Fox. The Government writes to confirm that the conference has been adjourned to March 28, 2007 at 1:30 p.m. and will take place before your Honor at the United States Courthouse in White Plains. The Government respectfully requests that time be excluded through March 28, 2007 in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h)(8)(A). This time should afford defendants and their counsel an opportunity to review the discovery and to determine what, if any, pretrial motions they deem appropriate.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

cc:  Clinton W. Calhoun, III, Esq.
     Stanley L. Cohen, Esq.
     James Kousouros, Esq.
     Anthony J. Martone, Esq.
     Murray Richman, Esq.
     William A. Sandback, Esq.