```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :    SUPERSEDING INFORMATION
        - v. -                   :
                                 :    S1 08 Cr. 65 (CM)
JOSEPH SACKS,                    :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

ORIGINAL

## COUNT ONE

The United States Attorney charges:

1. From at least in or about September 2005 through on or about November 29, 2007, in the Southern District of New York and elsewhere, JOSEPH SACKS, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the controlled substances laws of the United States.

2. It was a part and object of the conspiracy that JOSEPH SACKS, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 1000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

### Overt Act

3. In furtherance of the conspiracy and to effect the illegal objects thereof, JOSEPH SACKS, the defendant, committed

the following overt act, among others, in the Southern District of New York:

    a.  On or about October 4, 2007, JOSEPH SACKS, the defendant, traveled to the vicinity of 67 Elissa Lane, Yonkers, New York.

(Title 21, United States Code, Section 846.)

*[signature: Michael Garcia]*
MICHAEL J. GARCIA
United States Attorney