# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | :     S1 08 Cr. 0065 (CM) |
| **JOSEPH SACKS,** | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **JOSEPH SACKS**, the above-named defendant, who is accused of violating Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____<br>
Defendant.<br><br>
_____<br>
Counsel for Defendant.

Date:   White Plains, New York<br>
        March 26 , 2008


EXHIBIT Court-1