# MEMO ENDORSED

LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

May 7, 2008

5/13 [good] Bail condition modified W

VIA FACSIMILE: (212) 805-6326

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Robert Lim, et al.*
S1 08 Cr. 0065 (CM)

Dear Judge McMahon:

I represent Joseph Sacks in the aforementioned matter.

On behalf of my client, I hereby request that the Court grant Mr. Sacks' application for a modification of his bail conditions to allow him to work as a Regional Sales Manager for Priority Pay. Priority Pay's home office is located at 50 Harrison Street, Hoboken, NJ 07030. Mr. Sacks' responsibilities as a Regional Sales Manager, if granted permission, will be opening leads by phone and in person, closing sales, delivering initial payrolls and maintaining ongoing client satisfaction contact.

We have communicated with United States Probation Officer Sandra Campbell and were advised that the request had to be made to Your Honor. I would implore Your Honor to consider granting Mr. Sacks this request. If granted permission, I have no doubt that Mr. Sacks will comply with all conditions imposed by the Court and Probation.

Thank you for your consideration in this matter.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

cc: U.S. Probation Officer Sandra Campbell
Via fax #: (212) 805-0047

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08