

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 9, 2008

**By Hand**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States v. Robert Lim, et al.</u>, 08 Cr. 65 (CM)

Dear Judge McMahon:

    Due to a prior, personal commitment, the Government respectfully submits this letter, with the consent of defense counsel, to request an adjournment of the pre-trial conference currently scheduled for June 27, 2008 at 2 p.m. The Government respectfully requests that the Court reschedule the conference to a date and time that are convenient to the Court.

    The Government also asks the Court to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 27, 2008 until the next scheduled conference date.

    Thank you for your consideration of this matter.

                                                      Respectfully submitted,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney

                            By:
                                                    Sarah R. Krissoff
                                                    Assistant United States Attorney
                                                    Tel: (914) 993-1928

---

*Handwritten annotation:*

6/10/08 Matter adj to 9/26/08 at 2 pm. Time Excluded through 9/26/08 in the interest of Justice

[signed] CMcMahon

Ltr. to The Honorable Colleen McMahon
June 9, 2008, Page 2

cc:     James Kousouros, Esq. (By Fax)
        Anthony Martone, Esq. (By Fax)
        William A. Sandback, Esq. (By Fax)
        Clinton Warren Calhoun, III, Esq. (By Fax)
        Stanley L. Cohen, Esq. (By Fax)